# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155413(29)

SUSAN BLACKWELL,
            Plaintiff-Appellee,

v

DEAN FRANCHI and DEBRA FRANCHI,
            Defendants-Appellants.
_____/

SC: 155413
COA: 328929
Oakland CC: 2014-141562-NI

       On order of the Chief Justice, the motion of the Michigan Manufacturers Association to file an amicus curiae brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on April 24, 2017, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017



Clerk